Opinion issued August 17, 2021



In The

# Court of Appeals

For The

## First District of Texas

————————————

### NO. 01-19-00779-CV

————————————

**CORINA ELLIOTT A/K/A CORINA GARCIA, MERRITT ELLIOTT, AND CORINA MENDEZ, Appellants**

**V.**

**ROB A. COTY, Appellee**

---

**On Appeal from the County Court at Law No. 1**
**Tarrant County, Texas**
**Trial Court Case No. 2019-001766-1**

---

### MEMORANDUM OPINION

Appellants have failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellants did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Countiss.